# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL NAVA ALVAREZ, | Case No. 5:26-cv-03033-MWC-SK |
| Petitioner, | **JUDGMENT (DKTS. 1, 17)** |
| v. | **JS-6** |
| SENIOR WARDEN, ADELANTO DETENTION FACILITY, ET AL., | |
| Respondent. | |

Pursuant to the Parties' Joint Proposed Grant of Petition and Entry of Judgment, *see* Dkt. # 17, the Court **ORDERS** as follows:

1. The Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, *see* Dkt. # 1, is **GRANTED** and judgment is **ENTERED** consistent with the reasons and findings set forth in the Court's June 9, 2026, temporary restraining order, *see* Dkt. # 14;

2. Respondents are permanently **ENJOINED** from re-detaining Petitioner without providing notice and a pre-deprivation hearing before a neutral adjudicator; and

3. Respondents are permanently **ENJOINED** from removing Petitioner to another country without notice and an opportunity to be heard on any fear of persecution or torture he has in that country.

**IT IS SO ORDERED.**

DATED: June 23, 2026

HON. MICHELLE WILLIAMS COURT
United States District Judge